## WHITAKER v. WILKINSON.

No. 11733—Opinion Filed Nov. 16, 1920.

Rehearing Denied Dec. 14, 1920.

(Syllabus by the Court.)

**Appeal and Error—Time for Case-Made—Jurisdiction.**

When the time fixed for making and serving case-made is allowed to elapse, the trial court thus loses jurisdiction of the case, and an order subsequently made by the trial court extending the time for making and serving the case-made is void, and the case-made served by virtue of such order of extension is a nullity and confers no jurisdiction upon this court.

Error from District Court, Creek County; Mark L. Bozarth, Judge.

Action between Charles Whitaker and A. O. Wilkinson. From the judgment, the former brings error. Appeal dismissed.

Robertson & Braden, for plaintiff in error.

Geo. I. Burke, for defendant in error.

JOHNSON, J. Motion is made to dismiss because the case-made was not served on the defendant in error within the time extended by the court for service and settlement of the case-made. It appears that the time granted for making and serving case-made expired on July 5, 1920. On the following day, July 6, 1920, the court attempted to grant an additional 60 days' time. This it was without jurisdiction to do.

When the time fixed for making and serving a case-made is allowed to elapse, an order subsequently made by the trial court extending the time for making and serving case-made is void, and the case-made served by virtue of such order of extension is a nullity and confers no jurisdiction upon this court. Walker v. Reginald, 51 Okla. 10, 151 Pac. 680; Bray v. Bray, 25 Okla. 71, 105 Pac. 200, and cases cited therein.

The motion to dismiss is therefore sustained.

All the Justices concur.